IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| LINDA MICHELLE NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 113-076 |
| | ) |
| BRYAN WILLIAMS, Area Lead Person, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's individual capacity claims against Defendants are **DISMISSED**, and Defendant Collins is **DISMISSED** is from this case.

SO ORDERED this 17th day of July, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA