IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LINDA MICHELLE NEAL, | * | |
| Plaintiff, | * | |
| v. | * | CV 113-076 |
| THOMSON PLASTICS, INC., | * | |
| Defendant. | * | |

O R D E R

Plaintiff has failed to file a response to Defendant's Motion for Summary Judgment (Doc. 23), and the Court is reluctant to rule on the motion without first hearing from Plaintiff. Under Local Rule 7.5, failure to respond to a motion generally indicates that the motion is unopposed. Nevertheless, the Court recognizes that Plaintiff is acting *pro se* in this case and that Defendant's motion is dispositive in nature. Therefore, the Court **ORDERS** Plaintiff to file a response to the motion for summary judgment by **5:00 PM** on **OCTOBER 2, 2014**. Thereafter, the Court will rule on the motion, and if Plaintiff still fails to respond, the Court will deem the motion unopposed. See LR 7.5, SDGa.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of September, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA